# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAURA GARRETT AND MICHAEL GARRETT, SR., Individually and as Representatives of the ESTATE OF MICHAEL GARRETT, JR., DECEASED, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 5:21-cv-00803 |
| COMAL COUNTY; MARK W. REYNOLDS, Individually and as the COMAL COUNTY SHERIFF; OFFICER ORLANDO MENDOZA; OFFICER ERIK ROMO; OFFICER GONZALEZ; OFFICER OZUNA; EMT ERICA ROSALES; and SERGEANT THOMAS GARZARECK, | § § § § § § § § § § | |
| Defendants. | § | |

## PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Laura Garrett and Michael Garrett, Sr., Individually and as Personal Representatives of Michael Garrett, Jr., deceased, (collectively referred to as "Plaintiffs"), in the above-styled and numbered cause, and submits this Designation of Testifying Experts, pursuant to the Court's Scheduling Order and Fed. R. Civ. P. 26(a)(2)(B) requiring such designation. On October 31, 2022, Counsel for Defendants were served Plaintiffs' First Supplemental Disclosures and Expert Designations via Electronic Mail.

### I. INFORMATION FROM RETAINED OR SPECIALLY EMPLOYED EXPERTS AND DESIGNATION OF TESTIFYING EXPERT WITNESSES

Plaintiffs may use the following persons at trial to present evidence under Federal Rule of Evidence 702, 703 or 705.

**Dr. Johnny Edward "Rusty" Bates**
88 Salser Lane
Columbiana, Alabama 35051
(205) 382-2619
Johnny.bates@gchcweb.net

Dr. Bates has been involved in correctional healthcare for over thirty years and has owned and managed a correctional healthcare company for the last seventeen years with over 350 employees and contracts in multiple states. Dr. Bates will testify to the opinions set forth in his report. Dr. Bates is double board certified in Internal Medicine and Addiction Medicine and has taken care of numerous patients just like Mr. Garrett and I am intimately familiar with the correctional setting and the capabilities and limitations of practicing in this setting. Dr. Bates is a CCHPP through the NCCHC and is a fellow of the American College of Correctional Physicians.

Dr. Bates' testimony will be based upon his training, experience, research, education, and review of materials produced in this litigation. Expected exhibits to which this witness may refer or rely upon when giving his testimony at trial are not fully known at this time but are expected to include all documents he has reviewed, related jail records, relevant literature, any written report of this witness or other expert witness designated by any other party hereto, and any of the testimony of any party or other witness, the documents produced in this cause, depositions in this cause, and exhibits to said depositions. Plaintiffs will supplement their list of expected trial exhibits and expected testimony as discovery proceeds in this case. This witness may refer to or rely upon any exhibit shown to or admitted into evidence by any other witness. Finally, Dr. Bates reserves the right to supplement and amend his report and opinions based on additional records.

Dr. Bates also incorporates herein for all purposes as though set forth verbatim, the testimony of Dr. Bates in his oral deposition, if any, reflecting his opinions and conclusion, as supplemented through the discovery phase of this case.

Dr. Bates is compensated at the rate of $650.00 per hour for all activities related to this case.

Dr. Bates' CV, case list, and full report has been produced to Defendants.

**Stacy Sinner**
504 10th Street Northeast
Kasson, MN 55944
507-993-8865
stacyesinner@gmail.com

Stacy Sinner has worked in the field of Corrections for over 30 years. She has been a military police officer, correctional officer, training and compliance supervisor, accreditation manager for American Correctional Association standards and National Commission on Correctional Health Care standards. Ms. Sinner has been an operations captain and held the appointed position of Director of Detention Services for 20 years in Olmsted County, MN. She has worked closely with Mayo Clinic, public health departments, and other contract medical providers in developing policy for jails based on state standards, national standards and best practices. Ms. Sinner is the principal author of a publication titled "Supervising Inmates" that was written for the National Institute of Corrections under technical assistance funding in support of the Strategic Inmate Management initiative. That

publication is currently being edited for release later this year.

Ms. Sinner' testimony will be based upon his training, experience, research, education, and review of materials produced in this litigation. Expected exhibits to which this witness may refer or rely upon when giving his testimony at trial are not fully known at this time but are expected to include all documents he has reviewed, related jail records, relevant literature, any written report of this witness or other expert witness designated by any other party hereto, and any of the testimony of any party or other witness, the documents produced in this cause, depositions in this cause, and exhibits to said depositions. Plaintiffs will supplement their list of expected trial exhibits and expected testimony as discovery proceeds in this case. This witness may refer to or rely upon any exhibit shown to or admitted into evidence by any other witness. Finally, Ms. Sinner reserves the right to supplement and amend her report and opinions based on additional records.

Ms. Sinner also incorporates herein for all purposes as though set forth verbatim, the testimony of Ms. Sinner in her oral deposition, if any, reflecting her opinions and conclusion, as supplemented through the discovery phase of this case.

Ms. Sinner is compensated at the rate of $275.00 per hour for all activities related to this case.

Ms. Sinner's CV and full report has been produced to Defendants.

## II. NON-RETAINED EXPERTS

**Christus Santa Rosa Hospital**
600 N Union Ave.
New Braunfels, Texas 78130

Physicians, nurses, agents, representatives, employees, and/or custodian of medical and billing records.

## III. OTHER PARTIES' EXPERTS

Plaintiffs reserve the right to elicit testimony from any and all expert witnesses designated in this case by other parties. Plaintiffs state that they have not determined who will be called to testify at the trial of this cause however reserves the right to elicit opinion testimony from any and all witnesses or experts who may be designated by Defendants and hereby reserves the right to call those witnesses during Plaintiffs' case in chief or for rebuttal. Plaintiff City further reserves the right to de-designate any experts listed herein.

Respectfully submitted,

**LAW OFFICES OF MALONEY & CAMPOLO, LLP**
926 S. Alamo St.
San Antonio, Texas 78205
210-922-2200
210-923-1313 – Fax

By:   /s/ Tim Maloney
    Tim Maloney
    State Bar No. 12887380
    tmaloney@maloneyandcampolo.com
    Eric A. Campolo
    State Bar No. 24094579
    ecampolo@maloneyandcampolo.com

    **ATTORNEYS FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

This is to certify that on Monday, October 31, 2022, a true and correct copy of the foregoing document has been served to all counsel of record via ECF notification in accordance with the Federal Rules of Civil Procedure.

CHRISTOPHER G. RIGLER
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
crigler@thompsoncoe.com
**ATTORNEY FOR DEFENDANT EMT ERICA ROSALES**

CORY S. REED
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
creed@thompsoncoe.com
**ATTORNEY FOR DEFENDANT EMT ERICA ROSALES**

MICHAEL SHAUNESSY
MCGINNIS LOCHRIDGE LLP
mshaunessy@mcginnislaw.com
ERIC A. JOHNSTON
ejohnston@mcginnsaw.com
IAN DAVIS
idavis@mcginnislaw.com
1111 West Sixth Street, Suite 400
Austin, Texas 78703
**ATTORNEYS FOR DEFENDANTS COMAL COUNTY; MARK W. REYNOLDS, INDIVIDUALLY AND AS THE COMAL COUNTY SHERIFF; OFFICER ORLANDO MENDOZA; OFFICER ERIK ROMO; OFFICER ALBERTO GONZALEZ; OFFICER ASHLEY OZUNA; AND SERGEANT THOMAS GARZARECK**

                                              /s/ *Tim Maloney*
                                              TIM MALONEY