IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LAURA GARRETT and MICHAEL GARRETT, SR., individually and as representatives of the Estate of Michael Garrett, Jr., Deceased,<br>　　*Plaintiffs*,<br><br>v.<br><br>COMAL COUNTY; MARK W. REYNOLDS, individually and as the Comal County Sheriff; OFFICER ORLANDO MENDOZA; OFFICER ERIK ROMO; OFFICER GONZALEZ; OFFICER OZUNA; EMT ERICA ROSALES; and SERGEANT THOMAS GARZARECK,<br>　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CASE NO. 5:21-CV-00803-JKP-RBF<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## JOINT ADVISORY REGARDING SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE JASON K. PULLIAM:

Plaintiffs Laura Garrett and Michael Garrett, Sr., individually and as representatives of the Estate of Michael Garrett, Jr., Deceased (collectively "Plaintiffs"); Defendants Mark W. Reynolds, as the Comal County Sheriff; and Comal County, Texas (collectively "Defendants") file this Joint Advisory Regarding Settlement.

　　1.　　The parties to the above captioned lawsuit have reached a settlement of all claims against Defendants Mark W. Reynolds, as the Comal County Sheriff, and Comal County, Texas that have been asserted in this matter. While the parties are still negotiating the exact details of the settlement, the parties wish to advise the Court that a settlement has been reached.

　　2.　　The parties anticipate filing a stipulation of dismissal within the next forty-five (45) days.

3. Based upon the settlement reached, the parties request that all pending scheduling order deadlines and court-ordered deadlines be abated.

        Respectfully submitted,

**LAW OFFICES OF MALONEY & CAMPOLO**
926 South Alamo Street
San Antonio, Texas 78205
210.922.2200 (telephone)
210.923.1313 (telecopier)
tmaloney@maloneyandcampolo.com
ecampolo@maloneyandcampolo.com

By:   */s/ Tim Maloney*
      TIM MALONEY
      State Bar No. 12887380
      ERIC CAMPOLO
      State Bar No. 24094579

*Counsel for Plaintiffs Laura Garrett and Michael Garrett, Sr., individually and as representatives of the Estate of Michael Garrett, Jr., Deceased*

**MCGINNIS LOCHRIDGE LLP**
1111 West Sixth Street, Building B, Suite 400
Austin, Texas 78703
512.495.6000 (telephone)
512.495.6093 (telecopier)
mshaunessy@mcginnislaw.com
idavis@mcginnislaw.com

By:   */s/ Michael Shaunessy*
      MICHAEL SHAUNESSY
      State Bar No. 18134550
      IAN DAVIS
      State Bar No. 24120793

*Attorneys for Defendants Mark Reynolds individually and in his official capacity as Comal County Sheriff, Corrections Officer Orlando Mendoza, Corrections Officer Erik Romo, Corrections Officer Alberto Gonzalez, Corrections Officer Ashley Ozuna and Corrections Sergeant Thomas Garzareck*

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 North Pearl Street, 25th Floor
Dallas, Texas 78201
214.871.8200 (telephone)
214.871.8209 (telecopier)
crigler@thompsoncoe.com

By:  */s/ Christopher G. Rigler*
     CHRISTOPHER G. RIGLER
     State Bar No. 24091028

*Attorneys for Defendant EMT Erica Rosales*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 22nd day of August, 2023, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system and that the CM/ECF system will provide service of such filing via Notice of Electronic Filing to the following parties:

Tim Maloney
Eric Campolo
LAW OFFICES OF MALONEY & CAMPOLO
926 South Alamo Street
San Antonio, Texas 78205
tmaloney@maloneyandcampolo.com
ecampolo@maloneyandcampolo.com
*Attorneys for Plaintiffs Laura Garrett and Michael Garrett, Sr., individually and as representatives of the Estate of Michael Garrett, Jr., Deceased*

Christopher G. Rigler
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
crigler@thompsoncoe.com
*Attorneys for Defendant EMT Erica Rosales*

Cory S. Reed
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
creed@thompsoncoe.com
*Attorneys for Defendant EMT Erica Rosales*

*/s/ Michael Shaunessy*
MICHAEL SHAUNESSY